O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN M., <br> Plaintiff, <br> v. <br> NANCY BERRYHILL, Acting Commissioner of Social Security, <br> Defendant. | Case No. 5:16-cv-0087-JFW (KES) <br><br> ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Stipulation (Dkt. 52), the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge (Dkt. 59). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner denying benefits.

DATED: October 23, 2018

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE