JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN M.,<br><br>Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 5:16-cv-0087-JFW (KES)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that, pursuant to the Order Adopting the Findings, Conclusions, and Recommendations of the United States Magistrate Judge, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: October 23, 2018

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE